IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

KIRK MACKEY,                                    )
                                               )
                      Plaintiff,               )
                                               )        CIVIL ACTION
vs.                                            )
                                               )        Case No. 4:25-CV-00158
BRITT PARK, LLC,                               )
                                               )
                      Defendant.               )

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, KIRK MACKEY and Defendant, BRITT PARK, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 18th day of March 2025.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ *Douglas S. Schapiro*_____
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

/s    *Maryalyce W. Cox*_____
Maryalyce W. Cox, Esq.
Texas Bar No. 24009203
Mehaffy Weber, P.C.
500 Dallas Street, Suite 2800
Houston, TX  77002
Tel: (713) 655-1200
Email:  maryalycecox@mehaffyweber.com


Attorney for Defendant


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of March 2025, we electronically filed the

forgoing with the Clerk of the Court by using the CM/ECF system.


/s/  Douglas S. Schapiro
Douglas S. Schapiro
Southern District of Texas ID No. 3182479