United States District Court
Southern District of Texas
**ENTERED**
April 06, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIRK MACKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | Case No. 4:25-CV-00158 |
| BRITT PARK, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER OF DISMISSAL AS TO DEFENDANT

In accordance with the Joint Stipulation of Dismissal with Prejudice filed March 18, 2025, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, BRITT PARK, LLC, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on April 3, 2025.

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record